906 A.2d 1114

IN THE MATTER OF FERNANDO J. JIMENEZ,
AN ATTORNEY AT LAW.

September 27, 2006.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **FERNANDO J. JIMENEZ** of **WEST NEW YORK,** who was admitted to the bar of this State in 1999, and who has been suspended from the practice of law since September 7, 2004, pursuant to Orders of this Court filed September 7, 2004, and June 22, 2006, be restored to the practice of law, effective immediately.